IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| MARGARITA JUAREZ, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 6:15-CV-00854-RC |
| v. | § § § | |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | § § § § | |
| Defendant. | | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

On September 14, 2015, Plaintiff initiated this civil action pursuant to the Social Security Act, Section 205(g) for judicial review of the Commissioner's denial of Plaintiff's application for Social Security benefits. The cause of action was referred to United States Magistrate Judge John D. Love who issued a Report and Recommendation, recommending that the ALJ's decision be affirmed and the case be dismissed with prejudice. (Doc. No. 21) No objections to the Report and Recommendation were filed during the prescribed objection period.

The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. It is accordingly **ORDERED** that the decision of the Commissioner is **AFFIRMED** and the complaint is hereby **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that any motion not previously ruled on is **DENIED**.

So Ordered and Signed

Feb 8, 2017

Ron Clark, United States District Judge